IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MONTE DECARLOS WINSTON,

    Plaintiff,

v.                             Civil Action No.  3:16CV1004

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA-
RICHMOND DIVISION,

    Defendant.

## MEMORANDUM OPINION

Monte DeCarlos Winston, a federal inmate and frequent litigant in this Court filed an action entitled "Rules of the United States Court of Federal Claims Rules 7(a) and 8(a)." Winston clearly intended to file this action in the United States Court of Federal Claims as indicated in the header of his pleading. Winston fails to identify how this Court has jurisdiction over the instant action or how the Rules of the United States Court of Federal Claims provides a mechanism for challenging his convictions or sentences. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Winston.

                                        /s/
                                Robert E. Payne

Date: January 20, 2017
Richmond, Virginia         Senior United States District Judge